Barbara A. Blackburn, Bar No. 253731
bblackburn@littler.com
Victoria Kovanis, Bar No. 289275
vkovanis@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, California 95814
Telephone: 916.830.7200
Fax No.: 916.561.0828

Attorneys for Defendant
CENTENE MANAGEMENT COMPANY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TYLA RAY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CENTENE CORPORATION, and DOES 1-20, inclusive,<br><br>　　　　　Defendant. | Case No.<br><br>**CERTIFICATE OF SERVICE**<br><br>[Fresno County Superior Court Case No. 21CECG02472] |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 500 Capitol Mall, Suite 2000, Sacramento, California 95814. On January 20, 2022, I served the within document(s):

**NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT UNDER 28 U.S.C. SECTIONS 1332, 1441, AND 1446**

**CIVIL COVER SHEET**

**DECLARATION OF VICTORIA KOVANIS ISO REMOVAL WITH EXHIBITS A-C**

**DECLARATION OF LYNN GROSS ISO REMOVAL**

**DECLARATION OF TRICIA DINKELMAN ISO REMOVAL**

**CORPORATE DISCLOSURE STATEMENT FILED BY DEFENDANT CENTENE MANAGEMENT COMPANY LLC**

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Sacramento, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses on the attached service list on the dates and at the times stated thereon. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. The electronic notification address of the person making the service is mney@littler.com.

| | |
|---|---|
| Fletcher B. Brown, Esq. | *Attorneys for Plaintiff* |
| FLETCHER B. BROWN LAW FIRM | TYLA RAY |
| 2831 Telegraph Ave. | |
| Oakland, CA 94609 | |
| Telephone: 510.986.0441 | |
| Facsimile: 510.978.4717 | |
| fletcher@FletcherBrown.law | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it

2  CERTIFICATE OF SERVICE

would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on January 20, 2022, at Sacramento, California.

                                          /s/ *Laura Kahl*
                                        Laura Kahl

4853-8706-0488.1 / 108840-1058