UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLA RAY,<br><br>               Plaintiff,<br><br>   v.<br><br>CENTENE MANAGEMENT COMPANY, LLC.<br><br>               Defendant. | 1:22-cv-00083-AWI-SKO<br><br>NEW CASE NUMBER:<br><br>**1: 22-cv-00083-SKO**<br><br>**ORDER REASSIGNING CASE** |

      All parties having executed consent forms, it is ordered that this matter be reassigned from the District Judge Anthony W. Ishii docket to the docket of United States Magistrate Judge Sheila K. Oberto, for all purposes including trial and entry of Judgment.

      To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1: 22-cv-00083-SKO**

IT IS SO ORDERED.

Dated:   April 29, 2022                                    

                                           SENIOR  DISTRICT  JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28