# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLA RAY,<br><br>            Plaintiff,<br><br>       v.<br><br>CENTENE MANAGEMENT COMPANY, LLC,<br><br>            Defendant.<br>_____/ | Case No.  1:22-cv-00083-SKO<br><br>ORDER FOR VDRP REFERRAL AND DENYING PLAINTIFF'S REQUEST AS MOOT<br><br>(Docs. 5, 8) |

   On April 27, 2022, the parties filed a Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program ("VDRP") Pursuant to Local Rule 271.  (Doc. 5.)  Accordingly, the Court hereby ORDERS as follows:

   1.   The case is referred to the VDRP;

   2.   The VDRP process shall be completed within ninety-one (91) days after the Neutral is selected.  *See* E.D. Cal. L.R. 271(j)(1).  By no later than fourteen (14) days after the conclusion of the VDRP session, the parties shall file a joint VDRP completion report pursuant to Local Rule 271.  *See* E.D. Cal. L.R. 271(o);

   3.   In order to allow time for the parties to participate in the VDRP, the Initial Scheduling Conference, currently set for May 10, 2022, is CONTINUED to October 6, 2022, at 9:45 a.m., in Courtroom 7 (SKO) before Magistrate Judge Sheila K.

Oberto.[1]  The parties shall file their joint scheduling report no later than seven (7) days before the conference; and

4. All other pretrial activity, including but not limited to pleading, discovery, and motions, shall be STAYED until the VDRP session is concluded.

IT IS SO ORDERED.

Dated: __May 2, 2022__                    /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's request to continue the Scheduling Conference (Doc. 8) is **DENIED** as **MOOT**.