Fletcher B. Brown, Bar No. 276390
FLETCHER B. BROWN LAW FIRM
Fletcher@FletcherBrown.law
2831 Telegraph Ave.
Oakland, California 94609
Telephone: 510.986.0441
Facsimile: 510.978.4717

Attorney for Plaintiff
TYLA RAY

Barbara A. Blackburn, Bar No. 253731
bblackburn@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, California 95814
Telephone:    916.830.7200
Fax No.:         916.561.0828

Attorneys for Defendant
CENTENE MANAGEMENT COMPANY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TYLA RAY,<br><br>    Plaintiff,<br><br>v.<br><br>CENTENE CORPORATION, and DOES 1-20, inclusive,<br><br>    Defendant. | Case No. 1:22-cv-00083-AWI-SKO<br><br>**JOINT STIPULATION AND ORDER EXTENDING VDRP DEADLINE; ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>(Doc. 16) |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

JOINT STIPULATION AND ORDER
EXTENDING VDRP DEADLINE 1:22-CV-00083-AWI-SKO

## **STIPULATION**

Plaintiff TYLA RAY ("Plaintiff") and Defendant CENTENE CORPORATION ("Defendant") (collectively, the "Parties") through counsel, hereby stipulate as follows:

1. WHEREAS, on April 27, 2022, the Parties filed a Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program ("VDRP") Pursuant to Local Rule 271.

2. WHEREAS, on May 2, 2022, the Court ordered that this action shall be referred to the VDRP.

3. WHEREAS, on August 4, 2022, the Parties mutually agreed to the selection of Mr. William Klatte, III as neutral and the Parties informed the Court accordingly.

4. WHEREAS, on August 15, 2022, the Court appointed Mr. Klatte as VDRP neutral.

5. WHEREAS, as of August 16, 2022, the Parties understood that Mr. Klatte's earliest mediation dates available were in early December 2022.

6. WHEREAS, on August 16, 2022, the Parties agreed to mediate with Mr. Klatte on December 8, 2022, based on Mr. Klatte's availability.

7. WEHREAS, December 8, 2022 was the earliest date when Mr. Klatte and the Parties were mutually available.

8. WHEREAS, Defendant's attorney Barbara Blackburn is scheduled to be in trial throughout November 2022 in a different matter and likely could not participate in a mediation before early December.

9. WHEREAS, pursuant to Eastern District Local Rule 271(j)(1), the Parties have 91-days to complete the VDRP session after a neutral has been selected.

10. WHEREAS, the Parties request a short extension of the VDRP deadline to mediate with Mr. Klatte on December 8, 2022.

THEREFORE, subject to the approval of this Court, the Parties are granted a short extension of the VDRP deadline to mediate with Mr. Klatte on December 8, 2022.

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

2

JOINT STIPULATION AND ORDER EXTENDING VDRP DEADLINE 1:22-CV-00083-AWI-SKO

| | |
|---|---|
| Dated: September 9th, 2022 | FLETCHER B. BROWN LAW FIRM |
| | |
| | *(signature)* |
| | Fletcher B. Brown |
| | Attorneys for Plaintiff |
| | TYLA RAY |
| | |
| Dated: September 6, 2022 | LITTLER MENDELSON, P.C. |
| | |
| | */s/ Barbara A. Blackburn* |
| | Barbara A. Blackburn |
| | Attorneys for Defendant |
| | CENTENE MANAGEMENT COMPANY, LLC |

**ORDER**

Pursuant to the foregoing stipulation of the parties (Doc. 16), and for good cause shown, it is hereby ORDERED that:

The deadline to complete the VDRP process is hereby **EXTENDED to December 8, 2022.** By no later than fourteen (14) days after the conclusion of the VDRP session, the parties shall file a joint VDRP completion report pursuant to Local Rule 271. *See* E.D. Cal. L.R. 271(o); and

In order to allow time for the parties to participate in the VDRP, the Initial Scheduling Conference, currently set for October 6, 2022, is **CONTINUED to February 7, 2023, at 9:45 a.m.,** before Magistrate Judge Sheila K. Oberto. The parties shall file their joint scheduling report no later than seven (7) days before the conference.

IT IS SO ORDERED.

Dated:   **September 7, 2022**           */s/ Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

3

JOINT STIPULATION AND ORDER EXTENDING VDRP DEADLINE 1:22-CV-00083-AWI-SKO