UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLA RAY,<br><br>            Plaintiff,<br><br>    v.<br><br>CENTENE MANAGEMENT COMPANY, LLC,<br><br>            Defendant. | No. 1:22-cv-00083-SKO<br><br>ORDER DIRECTING CLERK TO CLOSE THE CASE<br><br>(Doc. 22) |

On October 5, 2023, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 22.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **October 9, 2023**                    /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE